UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CASE NO. 08-68322-MHM
:
STEVEN GREGORY KILBY, : CHAPTER 7
:
Debtor. :

**NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT**

S. Gregory Hays, Trustee herein, represents to the Court that certain creditors of the captioned Debtor were issued dividends on October 10, 2013. Pursuant to U.S.C. Section 347(a) and F.R.B.P. 3011, the Trustee is paying unclaimed dividends in the amount of $1,068.87 into the Registry of the United States Bankruptcy Court. The creditors whose dividends remain unclaimed are:

| CREDITOR | AMOUNT |
|---|---|
| Sherri Davis<br>1860 Rainbow Lane<br>Powder Springs, GA  30127 | $641.32 |
| Latyonia Fly<br>6179 Mount Pisgah Ct.<br>Austell, GA  30168 | $427.55 |

WHEREFORE, Movant prays that the Court accept into its Registry the estate's check in the amount of $1,068.87 as payment of all unclaimed dividends of the estate.

Dated:  February 7, 2014

_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

>Office of the United States Trustee
>362 Richard B. Russell Federal Building
>75 Spring Street, S.W.
>Atlanta, Georgia 30303-3311

Dated: February 7, 2014.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060